Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

_____

Case No.:  16−34014−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony Giacchi Jr.
   538 Anderson Avenue
   Cliffside Park, NJ 07010

Social Security No.:
   xxx−xx−4685

Employer's Tax I.D. No.:

_____

## NOTICE OF ORDER DISMISSING CASE


   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/11/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.


Dated: July 12, 2017
JAN: mcp

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-34014-VFP
Anthony Giacchi, Jr.                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 4          Date Rcvd: Jul 12, 2017
                             Form ID: 148              Total Noticed: 130

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2017.
```
db         +Anthony Giacchi, Jr.,   538 Anderson Avenue,   Cliffside Park, NJ 07010-1721
516716389  +Bank of America N.A.,   P O Box 982284,   El Paso, TX 79998-2284
516553838 ++CONTINENTAL FINANCE COMPANY LLC,   PO BOX 8099,   NEWARK DE 19714-8099
            (address filed with court:  Continental Finance,   121 Continental Drive Ste 1,
            Newark, DE 19713)
516553815   Capital One,   P O Box 710556,   Richmond, VA 23280
516553817   Capital One Bank,   P.O. Box 83147,   Richmond, VA 23285-5147
516553823  +Cardmember Services,   PO Box 8982,   Madison, WI 53708-8982
516553825  +Celentano. Stadtmauer & Walentowicz,   PO Box 2594,   1035 Route 46,   Clifton, NJ 07013-7481
516553826  +Celentano. Stadtmauer & Walentowicz,   PO Box 2594,   1035 Route 46 East,
            Clifton, NJ 07013-7481
516553824   Celentano. Stadtmauer & Walentowicz,   PO Box 2594,   Clifton, NJ 07015-2594
516553825  +Chase Bank,   PO Box 183164,   Columbus, OH 43218-3164
516553827  +Chase Bank,   PO Box 659732,   San Antonio, TX 78265-9732
516553830  +Chase Bankcard Center,   PO Box 29022,   Phoenix, AZ 85038-9022
516553850  +EZ Pass,   PO Box 52005,   Newark, NJ 07101-8205
516553851  +EZ Pass,   NJ Service Center,   375 McCarter Highway,   Newark, NJ 07114-2563
516553852  +EZ Pass NJ,   PO Box 52005,   Newark, NJ 07101-8205
516553853  +EZ Violations Bureau,   P0 Box 52005,   Newark, NJ 07101-8205
516553848   Eichenbaum & Stylianou, LLC,   Attorneys At Law,   10 Forest Avenue - PO Box 914,
            Paramus, NJ 07653-0914
516553849   Eichenbaum & Stylianou, PC,   10 Forest Avenue,   PO Box 914,   Paramus, NJ 07653-0914
516553855  +Fingerhut,   14 McLeland Rd.,   Saint Cloud, MN 56395-1001
516553856  +Fingerhut,   PO Box 5033,   Sioux Falls, SD 57117-5033
516553864  +Holy Name Hospital,   P0 Box 864,   Mahwah, NJ 07430-0864
516553863  +Holy Name Hospital,   718 Teaneck Rd.,   Teaneck, NJ 07666-4281
516792588   Holy Name Medical Center,   c/o Celentano, Stadtmauer & Walentowicz,   P.O. Box 2594,
            Clifton, NJ 07015-2594
516595335  +Jackson Capital, Inc.,   c/o Fein Such Kahn & Shepard, PC,   7 Century Dr., Suite 201,
            Parsippany, NJ 07054-4609
516553869  +Kathlenn Dunne,   Oakland, NJ 07436
516555825   Lyons, Doughty , & Veldhuis,   36 Gaither Drive, Suite 100,   Mount Laurel NJ 08054
516555824  +Lyons, Doughty , & Veldhuis, PC,   136 Gaither Drive, Suite 100,   PO Box 1269,
            Mount Laurel NJ 08054-7269
516745928  +Midland Funding LLC,   PO Box 2011,   Warren, MI 48090-2011
516553873  +New Century,   110 S. Jefferson Rd., #104,   Whippany, NJ 07981-1038
516553874  +New Century Financial,   7 Entin Road,   Parsippany, NJ 07054-5020
516553876  +New Century Financial, LLC,   Attn: Pressler & Pressler,   7 Entin Road,
            Parsippany, NJ 07054-5020
516553877  +Oradell Animal Hospital,   580 Winters Avenue,   Paramus, NJ 07652-3902
516792512  +Oradell Animal Hospital,   c/o Pressler and Pressler, LLP.,   7 Entin Road,
            Parsippany NJ 07054-5020
516553885  +PSEG,   PO Box 14444,   New Brunswick, NJ 08906-4444
516553888  +PSEG,   Cranford Customer Service,   District Office,   PO Box 1023,   Cranford, NJ 07016-1023
516553884   PSEG,   PO Box 14104,   New Brunswick, NJ 08906-4104
516553879  +Parvin Rafizadeh,   2362 Pembrook Court,   Mahwah, NJ 07430-3849
516553880  +Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
516553881  +Pressler & Pressler ESQ,   7 Entin Road,   Parsippany, NJ 07054-5020
516553882  +Pressler & Pressler ESQ PC,   7 Entin Road,   Parsippany, NJ 07054-5020
516553883  +Pressler And Pressler, Attorneys,   7 Entin Road,   Parsippany, NJ 07054-5020
516553889  +Resurgent,   PO Box 1410,   Troy, MI 48099-1410
516553892  +Selip and Stylianou,   PO Box 9004,   Melville, NY 11747-9004
516553893  +Selip and Stylianou,   199 Crossways Park Drive,   Woodbury, NY 11797-2016
516553916  +Toyota Motor Credit,   PO Box 5856,   Carol Stream, IL 60197-5856
516624581  +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
516553923  +Tsys Total Debt Management , Inc.,   PO Box 6700,   Norcross, GA 30091-6700
516553924   Walmart,   PO Box 628043,   Orlando, FL 32862

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jul 12 2017 23:24:18   U.S. Attorney,   970 Broad St.,
            Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 12 2017 23:24:12   United States Trustee,
            Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
            Newark, NJ 07102-5235
516570591   EDI: AIS.COM Jul 12 2017 23:08:00   American InfoSource LP as agent for,
            T Mobile/T-Mobile USA Inc,   PO Box 248848,   Oklahoma City, OK  73124-8848
516762502   EDI: AIS.COM Jul 12 2017 23:08:00   American InfoSource LP as agent for,   Verizon,
            PO Box 248838,   Oklahoma City, OK  73124-8838
516553804  +EDI: AMSHER.COM Jul 12 2017 23:08:00   Amsher Collection Service,   4524 Southlake Parkway,
            Hoover, AL 35244-3271
516553806  +EDI: AMSHER.COM Jul 12 2017 23:08:00   Amsher Collection Service,
            600 Beacon Parkway W Ste 30,   Birmingham, AL 35209-3114
516553805  +EDI: AMSHER.COM Jul 12 2017 23:08:00   Amsher Collection Service,   600 Beacon Parkway W.,
            Ste. 300,   Birmingham, AL 35209-3114
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

516553807      EDI: JEFFERSONCAP.COM Jul 12 2017 23:08:00      Axsys National Bank,    PO Box 2900,
               Saint Cloud, MN 56395-2900
516553808      EDI: BANKAMER.COM Jul 12 2017 23:08:00      Bank Of America,    P0 Box 982238,
               El Paso, TX 79998
516553812      +EDI: BANKAMER.COM Jul 12 2017 23:08:00      Bank of America,    Attn: Recovery Department,
               PO Box 2278,    Norfolk, VA 23501-2278
516553809      +EDI: BANKAMER2.COM Jul 12 2017 23:08:00      Bank of America,    PO Box 17645,
               Baltimore, MD 21297-1645
516553811      +EDI: BANKAMER2.COM Jul 12 2017 23:08:00      Bank of America,    PO Box 9000,
               Getzville, NY 14068-9000
516553810      +EDI: BANKAMER.COM Jul 12 2017 23:08:00      Bank of America,    PO Box 2240,
               Brea, CA 92822-2240
516553820      EDI: CAPITALONE.COM Jul 12 2017 23:08:00      Capital One Services, Inc.,
               15000 Capital One Drive,    Richmond, VA 23238
516553814      +EDI: CAPITALONE.COM Jul 12 2017 23:08:00      Capital One,    PO Box 85617,
               Richmond, VA 23285-5617
516553816      +EDI: CAPITALONE.COM Jul 12 2017 23:08:00      Capital One,    1957 Westmoreland Rd.,
               Richmond, VA 23276-0001
516553813      +EDI: CAPITALONE.COM Jul 12 2017 23:08:00      Capital One,    Capital One Bank (USA) N.A.,
               PO Box 30285,    Salt Lake City, UT 84130-0285
516553818      +EDI: CAPITALONE.COM Jul 12 2017 23:08:00      Capital One Bank ( USA), N.A.,    PO Box 71083,
               Charlotte, NC 28272-1083
516553819      +EDI: CAPITALONE.COM Jul 12 2017 23:08:00      Capital One Bank Usa,    P0 Box 30281,
               Salt Lake City, UT 84130-0281
516553821      +EDI: CHASE.COM Jul 12 2017 23:08:00      Cardmember Services,    PO Box 15153,
               Wilmington, DE 19886-5153
516553828      +EDI: CHASE.COM Jul 12 2017 23:08:00      Chase Bank,    PO Box 15153,    Wilmington, DE 19886-5153
516553831      EDI: CHASE.COM Jul 12 2017 23:08:00      Chase Bankcard Services,    PO Box 30755,
               Tampa, FL 33630-3755
516553832      +EDI: CHASE.COM Jul 12 2017 23:08:00      Chase Bankcard Services,    PO Box 659409,
               San Antonio, TX 78265-9409
516553833      +EDI: CHASE.COM Jul 12 2017 23:08:00      Chase Card,    P0 Box 15298,    Wilmington, DE 19850-5298
516553835      +EDI: CITICORP.COM Jul 12 2017 23:08:00      Citibank,    PO Box 6500,
               Sioux Falls, SD 57117-6500
516553836      EDI: CITICORP.COM Jul 12 2017 23:08:00      Citibank,    PO Box 6077,
               Sioux Falls, SD 57117-6077
516553837      +EDI: CITICORP.COM Jul 12 2017 23:08:00      Citicards,    PO Box 6500,
               Sioux Falls, SD 57117-6500
516553841      +EDI: RCSFNBMARIN.COM Jul 12 2017 23:08:00      Credit One Bank,    P0 Box 98872,
               Las Vegas, NV 89193-8872
516553844      +EDI: RCSFNBMARIN.COM Jul 12 2017 23:08:00      Credit One Bank,    PO Box 98873,
               Las Vegas, NV 89193-8873
516553842      +EDI: RCSFNBMARIN.COM Jul 12 2017 23:08:00      Credit One Bank,    PO Box 80015,
               Los Angeles, CA 90080-0015
516553843      +EDI: RCSFNBMARIN.COM Jul 12 2017 23:08:00      Credit One Bank,    PO Box 60500,
               City Of Industry, CA 91716-0500
516553847      EDI: DISCOVER.COM Jul 12 2017 23:08:00      Discover,    PO Box 3008,    New Albany, OH 43054
516553846      EDI: DISCOVER.COM Jul 12 2017 23:08:00      Discover,    PO Box 6013,    Dover, DE 19903-6013
516553845      EDI: DISCOVER.COM Jul 12 2017 23:08:00      Discover,    P.O. Box 6011,    Dover, DE 19903-6011
516553857      +EDI: BLUESTEM Jul 12 2017 23:08:00      Fingerhut,    6250 Ridgewood Road,
               Saint Cloud, MN 56303-0820
516553859      +EDI: AMINFOFP.COM Jul 12 2017 23:08:00      First Premier Bank,    PO Box 5114,
               Sioux Falls, SD 57117-5114
516553860      EDI: AMINFOFP.COM Jul 12 2017 23:08:00      First Premier Bank,    PO Box 5147,
               Sioux Falls, SD 57117-5147
516553858      +EDI: AMINFOFP.COM Jul 12 2017 23:08:00      First Premier Bank,    3820 N Louise Avenue,
               Sioux Falls, SD 57107-0145
516553861      +EDI: AMINFOFP.COM Jul 12 2017 23:08:00      First Premier Bank,
               Attn: Correspondence Department,    PO Box 5525,    Sioux Falls, SD 57117-5525
516553867      +EDI: HFC.COM Jul 12 2017 23:08:00      HSBC,    P0 Box 80084,    Salinas, CA 93912-0084
516553866      EDI: HFC.COM Jul 12 2017 23:08:00      HSBC,    PO Box 98706,    Las Vegas, NV 89193
516553868      +EDI: HFC.COM Jul 12 2017 23:08:00      Hsbc,    Attn: Bankruptcy,    PO Box 5253,
               Carol Stream, IL 60197-5253
516553872      +EDI: RESURGENT.COM Jul 12 2017 23:08:00      LVNV Funding,    Attn: Resurgent Capital,
               15 South Main Street,    Greenville, SC 29601-2743
516766020      +EDI: RESURGENT.COM Jul 12 2017 23:08:00      LVNV Funding LLC c/o Resurgent Capital Services,
               P.O. Box 10675,    Greenville, SC 29603-0675
516643546      EDI: RESURGENT.COM Jul 12 2017 23:08:00      LVNV Funding, LLC its successors and assigns as,
               assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
516553871      EDI: RMSC.COM Jul 12 2017 23:08:00      Lord and Taylor,    PO Box 960035,
               Orlando, FL 32896-0035
516802866      EDI: PRA.COM Jul 12 2017 23:08:00      Portfolio Recovery Associates, LLC,
               c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
516553887      +E-mail/Text: bankruptcy@pseg.com Jul 12 2017 23:23:15      PSEG,    PO Box 490,
               Cranford, NJ 07016-0490
516553886      E-mail/Text: bankruptcy@pseg.com Jul 12 2017 23:23:15      PSEG,    PO Box 790,
               Cranford, NJ 07016-0790

```
District/off: 0312-2          User: admin          Page 3 of 4          Date Rcvd: Jul 12, 2017
                              Form ID: 148          Total Noticed: 130
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
516746883      +EDI: JEFFERSONCAP.COM Jul 12 2017 23:08:00      Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
516747825       EDI: Q3G.COM Jul 12 2017 23:08:00      Quantum3 Group LLC as agent for,   Sadino Funding LLC,
                PO Box 788,   Kirkland, WA  98083-0788
516553890      +EDI: RESURGENT.COM Jul 12 2017 23:08:00      Resurgent Capital,   PO Box 10587,
                Greenville, SC 29603-0587
516553891      +EDI: RESURGENT.COM Jul 12 2017 23:08:00      Resurgent Capital Services, L.P.,
                15 S. Main St., Ste. 600,   Greenville, SC 29601-2768
516553897      +EDI: RMSC.COM Jul 12 2017 23:08:00      Synchrony Bank,   PO Box 530927,
                Atlanta, GA 30353-0927
516553900      +EDI: RMSC.COM Jul 12 2017 23:08:00      Synchrony Bank,   PO Box 960013,
                Orlando, FL 32896-0013
516553898      +EDI: RMSC.COM Jul 12 2017 23:08:00      Synchrony Bank,   PO Box 965013,
                Orlando, FL 32896-5013
516553894      +EDI: RMSC.COM Jul 12 2017 23:08:00      Synchrony Bank,   PO Box 965024,
                Orlando, FL 32896-5024
516553895      +EDI: RMSC.COM Jul 12 2017 23:08:00      Synchrony Bank,   PO Box 965015,
                Orlando, FL 32896-5015
516553902       EDI: AISTMBL.COM Jul 12 2017 23:08:00      T-Mobile,   PO Box 742596,   Cincinnati, OH 45274
516553903       EDI: AISTMBL.COM Jul 12 2017 23:08:00      T-Mobile Bankruptcy Team,   PO Box 53410,
                Bellevue, WA 98015
516553904       EDI: AISTMBL.COM Jul 12 2017 23:08:00      T-Mobile Financial,   P0 Box 2400,
                Young America, MN 55553
516553908      +EDI: TDBANKNORTH.COM Jul 12 2017 23:08:00      TD Bank,   PO Box 8400,   Lewiston, ME 04243-8400
516553911       EDI: TFSR.COM Jul 12 2017 23:08:00      Toyota Financial Services,   PO Box 17187,
                Baltimore, MD 21297
516553912       EDI: TFSR.COM Jul 12 2017 23:08:00      Toyota Financial Services,   PO Box 371339,
                Pittsburgh, PA 15250
516553914       EDI: TFSR.COM Jul 12 2017 23:08:00      Toyota Motor Credit,   19001 South Western Avenue,
                PO Box 2958,   Torrance, CA 90509
516553915       EDI: TFSR.COM Jul 12 2017 23:08:00      Toyota Motor Credit,   PO Box 22202,
                Owings Mills, MD 21117
516553920       EDI: TFSR.COM Jul 12 2017 23:08:00      Toyota Motor Credit Corporation,
                19001 South Western Avenue, TC13,   Torrance, CA 90509-2958
516553922       EDI: TFSR.COM Jul 12 2017 23:08:00      Toyota Motor Credit Corporation,
                5005 North River Blvd, NE,   Cedar Rapids, IA 52411
516553921       EDI: TFSR.COM Jul 12 2017 23:08:00      Toyota Motor Credit Corporation,
                Attn: Asset Protection Department,   PO Box 2958,   Torrance, CA 90509-2958
516553870       EDI: TFSR.COM Jul 12 2017 23:08:00      Lexus Financial Services,   PO Box 9490,
                Cedar Rapids, IA 52409
516553905      +EDI: WTRRNBANK.COM Jul 12 2017 23:08:00      Target,   3901 West 53rd St.,
                Sioux Falls, SD 57106-4221
516553906       EDI: WTRRNBANK.COM Jul 12 2017 23:08:00      Target Credit Services,   Retailers National Bank,
                PO Box 1581,   Minneapolis, MN 55440-1581
516553907      +EDI: WTRRNBANK.COM Jul 12 2017 23:08:00      Target National Bank,   PO Box 59317,
                Minneapolis, MN 55459-0317
516553909      +EDI: TDBANKNORTH.COM Jul 12 2017 23:08:00      Td Bank N.a.,   32 Chestnut Street,
                Lewiston, ME 04240-7799
516553910      +EDI: WTRRNBANK.COM Jul 12 2017 23:08:00      Tnb - Target,   P0 Box 673,
                Minneapolis, MN 55440-0673
516553913       EDI: TFSR.COM Jul 12 2017 23:08:00      Toyota Financial Services,   PO Box 5236,
                Carol Stream, IL 60197-5236
516553919      +EDI: TFSR.COM Jul 12 2017 23:08:00      Toyota Motor Credit Company,   Toyota Financial Services,
                P0 Box 8026,   Cedar Rapid, IA 52408-8026
516553925       EDI: RMSC.COM Jul 12 2017 23:08:00      Walmart,   PO Box 960023,   Dayton, FL 32896
516553926      +EDI: RMSC.COM Jul 12 2017 23:08:00      Walmart,   P0 Box 981064,   El Paso, TX 79998-1064
516553928      +EDI: BLUESTEM Jul 12 2017 23:08:00      Webbank / fingerhut,   6250 Ridgewood Road,
                Saint Cloud, MN 56303-0820
516553929       EDI: WFFC.COM Jul 12 2017 23:08:00      Wells Fargo Card Services,   PO Box 10347,
                Des Moines, IA 50306-0347
516553930      +EDI: WFFC.COM Jul 12 2017 23:08:00      Wells Fargo Card Services,   PO Box 6412,
                Carol Stream, IL 60197-6412
                                                                                      TOTAL: 82


               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516553840*     ++CONTINENTAL FINANCE COMPANY LLC,   PO BOX 8099,   NEWARK DE 19714-8099
                (address filed with court: Continental Finance,   121 Continental Drive Ste 1,
                Newark, DE 19713)
516553839*     ++CONTINENTAL FINANCE COMPANY LLC,   PO BOX 8099,   NEWARK DE 19714-8099
                (address filed with court: Continental Finance,   P0 Box 30311,   Tampa, FL 33630)
516553822*     +Cardmember Services,   PO Box 15153,   Wilmington, DE 19886-5153
516553834*     +Chase Card,   P0 Box 15298,   Wilmington, DE 19850-5298
516553854*     +EZ Violations Bureau Inc.,   P0 Box 52005,   Newark, NJ 07101-8205
516553862*     +First Premier Bank,   3820 N Louise Avenue,   Sioux Falls, SD 57107-0145
516553865*     +Holy Name Hospital,   718 Teaneck Road,   Teaneck, NJ 07666-4281
516553875*     +New Century Financial Inc.,   7 Entin Road,   Parsippany, NJ 07054-5020
516553878*     +Oradell Animal Hospital, Inc.,   580 Winters Avenue,   Paramus, NJ 07652-3902
516553896*     +Synchrony Bank,   P0 Box 965024,   Orlando, FL 32896-5024
```

```
District/off: 0312-2          User: admin              Page 4 of 4            Date Rcvd: Jul 12, 2017
                             Form ID: 148              Total Noticed: 130

               ***** BYPASSED RECIPIENTS (continued) *****
516553899*     +Synchrony Bank,    P0 Box 965015,    Orlando, FL 32896-5015
516553918*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit,    19001 South Western Avenue,    PO Box 2958,
                Torrance, CA 90509)
516553917*     +Toyota Motor Credit,    PO Box 5856,    Carol Stream, IL 60197-5856
516553901     ##+T- Mobile,   3407 W. DR martin Luther King JR Blvd,    Tampa, FL 33607-6207
516553927     ##+Web Bank,   6440 S Wasatch,    Suite 300,    Salt Lake City, UT 84121-3518
                                                                      TOTALS: 0, * 13, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2017 at the address(es) listed below:
              Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
              dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Herbert B. Raymond   on behalf of Debtor Anthony  Giacchi, Jr. bankruptcy123@comcast.net,
              jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
              mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 4
```